

FILED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  WILLIAM A. SOKOL, Bar No. 072740
   BRUCE A. HARLAND, Bar No. 230477
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
6  Attorneys for Petitioner
   SEIU, LOCAL 2028
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028, <br><br> Petitioner, <br><br> v. <br><br> RADY CHILDREN'S HOSPITAL – SAN DIEGO; DOES 1 THROUGH 10, <br><br> Respondent. | No. '08 CV 486 L POR <br><br> **NOTICE OF RELATED CASES** |

PLEASE TAKE NOTICE, that the undersigned has reason to believe that this case is related to another case in this Court, pursuant to Civil Local Rule 40.1(e) and, Petitioner, SEIU, Local 2028 files this Notice of Related Case. Petitioner believes this case is related to a case pending before the Honorable Barry T. Moskowitz.

1. <u>Related Cases</u>:

    a. *Rady Children's Hospital v. SEIU Local 2028, et al.*, Case No. 07 CV 1173 BTM (AJB); and

    b. *SEIU Local 2028 v. Rady Children's Hospital*, (No Case No. assigned yet).

2. <u>Relationship of the Actions</u>:

These actions are related as defined by Civil Local Rule 40.1(f) in that they involve

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

NOTICE OF RELATED CASES

1  substantially the same parties, same questions of law, properties, transactions, or event.

2  In the first action, the parties involved are the same, with the exception of one of the
3  defendants, and the action involved whether or not SEIU, Local 2028 represented employees at
4  Rady Children's Hospital.

5  In the second action, the parties involved are the same, with the exception of one of the
6  defendants, the action involves Rady Children's Hospital's responsibility under the parties
7  collective bargaining agreement to arbitrate disputes that arise. It is likely, based on the
8  communication from counsel for Rady Children's Hospital that the hospital continues to assert,
9  like it did in the first action, that Local 2028 no longer exists and the collective bargaining
10 agreement is null and void; and, therefore, the hospital has no obligation to arbitrate any disputes
11 with Local 2028.

12 It appears likely that there will be an unduly burdensome duplication of labor and expense
13 and/or conflicting results if the cases are conducted before different Judges. This is primarily
14 because both cases involve the substantially the same parties and questions of law.

15 3.  Assignment of the Actions:

16 Petitioner believes that the assignment of this action to the Honorable Barry T. Moskowitz
17 will conserve judicial resources and promote an efficient determination of the actions.

18 For the reasons stated above, Petitioner respectfully requests that a related case Order be
19 entered respecting the two cases listed in numbered paragraphs above.

20 Dated: March 12, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *Bruce A. Harland*
WILLIAM A. SOKOL
BRUCE A. HARLAND
Attorneys for Petitioner
SEIU, LOCAL 2028

118514/486980

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
NOTICE OF RELATED CASES