1  WILLIAM A. SOKOL, Bar No. 072740
   BRUCE A. HARLAND, Bar No. 230477
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5

6  Attorneys for Petitioner
   SEIU, LOCAL 2028
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 SEIU, LOCAL 2028                ) No.   08 CV 486 BTM (AJB)
                                   )
12         Petitioner,              ) **PROOF OF SERVICE OF REPORT OF**
                                   ) **CLERK PURSUANT TO LOW**
13    v.                            ) **NUMBER RULE/ORDER OF**
                                   ) **TRANSFER PURSUANT TO LOW**
14 RADY CHILDREN'S HOSPITAL – SAN   ) **NUMBER RULE**
   DIEGO; DOES 1 THROUGH 10,       )
15                                  )
           Respondent.              )
16                                  )
                                   )
17 _____ )

28 118514/488639

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Proof of Service of Report of Clerk Pursuant to Low Number Rule/Order of Transfer Pursuant to Low Number Rule
Case No. 08 CV 486 BTM (AJB)

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 28, 2008, I served upon the following parties in this action:

RADY CHILDREN'S HOSPITAL –
SAN DIEGO
Agent for Service
Roger Roux
3020 Children's Way
San Diego, CA 92123

copies of the document(s) described as:

**REPORT OF CLERK PURSUANT TO LOW NUMBER RULE/ORDER OF TRANSFER PURSUANT TO LOW NUMBER RULE**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on March 28, 2008.

Rhonda Fortier-Bourne

118514/488628

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001