
# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028<br><br>vs<br><br>RADY CHILDREN'S HOSPITAL - SAN DIEGO; DOES 1 THROUGH 10 | **SUMMONS IN A CIVIL ACTION**<br>Case No. 08 CV 486 L (POR) |

TO: (Name and Address of Defendant)
RADY CHILDREN'S HOSPITAL - SAN DIEGO
3020 Children's Way
San Diego, CA 92123

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Bruce A. Harland
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

An answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

MAR  2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                               AO-440S

| Attorney or Party without Attorney: <br> BRUCE A. HARLAND <br> WEINBERG ROGER & ROSENFELD <br> 1001 MARINA VILLAGE PKWY <br> SUITE 200 <br> ALAMEDA, CA 94501 | For Court Use Only |
|---|---|
| Telephone No: 510-337-1001    FAX No: 510-337-1023 | |
| Attorney for: Plaintiff    Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: SEIU, LOCAL 2028
Defendant: RADY CHILDREN'S HOSPITAL - SAN DIEGO

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 486 L (POR) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; NOTICE OF RELATED CASES; PETITION TO COMPEL ARBITRATION.

3. a. Party served:        RADY CHILDREN'S HOSPITAL - SAN DIEGO
   b. Person served:     MONIQUE WHITE, LEGAL DEPARTMENT EMPLOYEE, AUTHORIZED TO ACCEPT

4. Address where the party was served:    3020 CHILDREN'S WAY
                                          MISSION VALLEY, CA 92123

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 27, 2008 (2) at: 2:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: RADY CHILDREN'S HOSPITAL - SAN DIEGO
   Other: BUSINESS ORGANIZATION FORM UNKNOWN

7. *Person Who Served Papers:*
   a. K. WYSONG

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:    879
       (iii) County:              San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Mar. 28, 2008

   (K. WYSONG)

Judicial Council Form POS-010    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT    6409498.weiro.123050