MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7794
FACSIMILE 213-624-1376

Gary F. Overstreet (State Bar No. 051289)
g.overstreet@mpglaw.com
Michael R. Goldstein (State Bar No. 155349)
m.goldstein@mpglaw.com

Attorneys for Respondent
RADY CHILDREN'S HOSPITAL - SAN DIEGO

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028,<br><br>        Petitioner,<br><br>    vs.<br><br>RADY CHILDREN'S HOSPITAL - SAN DIEGO; DOES 1 THROUGH 10,<br><br>        Respondent. | Case No. 08 CV 486 BTM (AJB)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

The undersigned, counsel of record for Plaintiff Rady Children's Hospital - San Diego certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///
///
///
///
///
///

583132.1

1     Rady Children's Hospital - San Diego;

2     Rady Children's Hospital and Health Center.

3

4 DATED: April 21, 2008     MUSICK, PEELER & GARRETT LLP

5

6     By:    s/Gary F. Overstreet
            Gary F. Overstreet
7             Attorneys for Respondent
            RADY CHILDREN'S HOSPITAL -SAN
8             DIEGO

## CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is One Wilshire Blvd., Suite 2000, Los Angeles, California, 90017-3383. On April 21, 2008, I served copies of the document(s) described as: **NOTICE OF PARTY WITH FINANCIAL INTEREST** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via the following e-mail addresses:

| Party | E-Mail |
|---|---|
| Bruce A. Harland, Esq. | bharland@unioncounsel.net, courtnotices@unioncounsel.net |

I certify under penalty of perjury that the above is true and correct. Executed at Los Angeles, California, on April 21, 2008.

_____
Jeneice Ajd

583132.1

Case No. 08 CV 486 BTM (AJB)