WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff
SEIU, Local 2028

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028<br><br>    Plaintiff,<br><br>    v.<br><br>RADY CHILDREN'S HOSPITAL, SAN DIEGO, and DOES 1 through 10,<br><br>    Defendant. | No.  08-CV 0486 BTM (AJB)<br><br>**DECLARATOIN OF BRUCE A. HARLAND IN SUPPORT OF SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION**<br><br>Date:  October 3, 2008<br>Time:  11:00 a.m.<br>Judge:  Hon. Barry T. Moskowitz<br>Courtroom:   15 |

I, Bruce A. Harland, hereby declare as follows:

1. I am a shareholder in the law firm of Weinberg, Roger and Rosenfeld, and am one of the attorneys representing SEIU, Local 2028 in the above-entitled case. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. On or about March 28, 2008, Region 21 of the National Labor Relations Board ("NLRB") issued a Complaint against Rady, Children's Hospital, San Diego, alleging that the employer violated the National Labor Relations Act ("NLRA") by, among other things, refusing to recognize and deal with SEIU, Local 2028. A hearing was set for June 9, 2008, and later rescheduled for June 23, 2008. A true and correct copy of the NLRB Complaint is attached hereto as Exhibit "A."

3. On May 12, 2008, I wrote to counsel for Rady, Children's Hospital requesting that his client withdraw its Answer and agree to arbitrate the underlying grievance. A true and correct copy of my letter dated May 12, 2008, to Gary F. Overstreet and Michael R. Goldstein, is attached hereto as Exhibit "B."

4. Three days later, on May 15, 2008, Gary F. Overstreet, counsel for Rady, Children's Hospital, responded to my May 12th letter, stating that the "Court specifically declined to rule on whether 2028 or a CBA exists . . . . Since these questions of representation are essential to your demand for arbitration, your petition for arbitration should be withdrawn pending the outcome of these NLRB proceedings." A true and correct copy of Mr. Overstreet's letter dated May 15, 2008 is attached hereto as Exhibit "C."

5. On June 17, 2008, rather than litigate the issue of Local 2028's existence through the NLRB proceedings, Rady, Children's Hospital unilaterally entered into a settlement agreement with the NLRB whereby they agreed to recognize and deal with Local 2028 without admitting that they had violated the NLRA. A true and correct copy of the settlement agreement is attached hereto as Exhibit "D."

6. Local 2028 refused to enter into the settlement agreement because it believed that

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DECLARATION OF BRUCE A. HARLAND IN SUPPORT
OF SEIU, LOCAL 2028'S MOTION TO COMPEL
CASE NO. 08 CV 0486 BTM (AJB)

the remedy was not strong enough to deter the employer from continuing to violate the NLRA. On August 1, 2008, after reviewing Local 2028's objections, the Regional Director of Region 21 approved the settlement agreement. A true and correct copy of James F. Small's letter, dated August 1, 2008, approving the settlement agreement is attached hereto as Exhibit "E."

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 7th day of August 2008 in Alameda, California.

                                                       */s/* BRUCE A. HARLAND
                                                       BRUCE A. HARLAND

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

3

DECLARATION OF BRUCE A. HARLAND IN SUPPORT
OF SEIU, LOCAL 2028'S MOTION TO COMPEL
CASE NO. 08 CV 0486 BTM (AJB)

# EXHIBITS

**EXHIBIT A**

    Order Consolidating Cases, Consolidated Complaint and Notice of Hearing ...................................................................................................1-9

**EXHIBIT B**

    Bruce A. Harland letter dated May 12, 2008................................................................ 10

**EXHIBIT C**

    Gary Overstreet Letter Dated May 15, 2008
    Re: Class Action............................................................................................................ 11

**EXHIBIT D**

    US Government - National Labor Relations Board Settlement Agreement; and
    NLRB Notice to Employees ................................................................................... 12, 13

**EXHIBIT E**

    James F. Small, Regional Director Letter dated August 1, 2008
    Re: Decision to Approve Settlement ........................................................................14-16

118514/502088

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

DECLARATION OF BRUCE A. HARLAND IN SUPPORT OF SEIU, LOCAL 2028'S MOTION TO COMPEL
CASE NO. 08 CV 0486 BTM (AJB)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 7, 2008, I caused to be served copies of the document(s) described as:

- NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL; and
- DECLARATION OF BRUCE A. HARLAND IN SUPPORT OF MOTION TO COMPEL

on the following parties by electronically filing the foregoing document(s) with the Clerk of the District Court using its ECF System, which caused all registered parties to this action to be electronically served via the e-mail address(es) listed below:

| Party | E-Mail Address |
|---|---|
| Gary F. Overstreet | g.overstreet@mpglaw.com |

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on August 7, 2008.

Rhonda Fortier Bourne

118514/502169

MEMORANDUM IN SUPPORT OF MOTION
TO COMPEL ARBITRATION
Case No. 08-CV-486 BTM (AJB)