STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA
EMILY P. RICH

LORI K. AQUINO ••
ANNE I. YEN
NICOLE M. PHILLIPS
BRUCE A. HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENCER
LINELLE S. MOGADO
MANJARI CHAWLA
KRISTINA M. ZINNEN
JANNAH V. MANANSALA
MANUEL A. BOIGUES ••••
KERIANNE R. STEELE
ANA M. GALLEGOS
GARY P. PROVENCHER

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada
•••• Also admitted in Illinois

# WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

May 12, 2008

Gary F. Overstreet
Attorney at Law
Musick, Peeler & Garrett
One Wilshire Blvd.
Los Angeles, CA 90017-3383

Michael R. Goldstein
Musick, Peeler & Garrett
One Wilshire Boulevard
Los Angeles, CA 90017

Re: SEIU, Local 2028 v. Rady Children's Hospital -- San Diego
    U.S.D.C. Case No. 08 CV 0486 BTM (AJB)

Dear Counsel:

This firm represents Local 2028 in the above matter. As you know, we have an Early Neutral Evaluation Conference set for June 4, 2008.

I have reviewed your client's Answer to the Union's Petition to Compel, and notice that it essentially asserts, "as affirmative defenses," the causes of actions in the lawsuit your client brought against Local 2028 and SEIU, UHW. We know what the Court thought of those causes of action, as it imposed Rule 11 sanctions against both of you and ordered that both of you pay Local 2028's and UHW's reasonable attorney's fees and costs.

Before I serve a Rule 11 motion, with respect to your frivolous "affirmative defenses" in this case, I thought I would give you the courtesy of writing this letter and requesting that your client withdraw its frivolous Answer and simply agree to arbitrate the instant dispute. Clearly, your client's defenses are just as frivolous now as when they were pled against the Union in its frivolous lawsuit.

If I do not hear from you within fourteen (14) days of this letter, the Union may authorize me to serve and file yet another Rule 11 motion.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Bruce A. Harland

BAH/rfb
cc: Lois Balfour, Local 2028
    Mike Wilzoch, Asst. Trustee of Local 2028

118514/493273

**EXHIBIT B**

EXHIBIT B
10

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA 90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881