**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

GARY F. OVERSTREET
g.overstreet@mpglaw.com
(213) 629-7794

ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383

TELEPHONE: (213) 629-7600
FACSIMILE: (213) 624-1376
WWW.MPGLAW.COM

LOS ANGELES
ORANGE COUNTY
SAN DIEGO
SAN FRANCISCO
SANTA BARBARA
WESTLAKE VILLAGE

RECEIVED
MAY 19 2008
W R & R

FILE NO. 12899.023

May 15, 2008

**VIA FACSIMILE & U.S. MAIL**
Bruce A. Harland
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway
Suite 200
Alameda, California 94501-1091

Re:  Service Employees International Union, Local 2028/Rady Children's Hospital – San Diego Class Action

Dear Mr. Harland:

The Court specifically declined to rule on whether 2028 or a CBA exists; the Court instead ruled that these questions of representation, on balance, were better addressed in the current proceedings of the NLRB rather than the Court.

Since these questions of representation are essential to your demand for arbitration, your petition for arbitration should be withdrawn pending the outcome of these NLRB proceedings.

Assuming you do not withdraw, it is your petition that has put these questions of representation before the Court, and the Hospital is entitled to assert those defenses and file any and all motions as appropriate.

Let me know if you have any question.

Very truly yours,

Gary F. Overstreet
for MUSICK, PEELER & GARRETT LLP

GFO:aef
587422.1

**EXHIBIT C**

EXHIBIT C
11