WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff
SEIU, Local 2028

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028<br><br>    Plaintiff,<br><br>v.<br><br>RADY CHILDREN'S HOSPITAL, SAN DIEGO, and DOES 1 through 10,<br><br>    Defendant. | No.   08-CV 0486 BTM (AJB)<br><br>**PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING
SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION
Case No. 08-CV 0486 BTM (AJB)

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 7, 2008, I served upon the following parties in this action:

Gary F. Overstreet
Attorney at Law
Musick, Peeler & Garrett
One Wilshire Blvd.
Los Angeles, CA 90017-3383

copies of the document(s) described as:

**[PROPOSED] ORDER GRANTING SEIU LOCAL 2028'S MOTION TO COMPEL ARBITRATION**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on August 7, 2008.

Rhonda Fortier-Bourne

118514/502172

- 2 -

PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING
SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION
Case No. 08-CV 0486 BTM (AJB)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001