WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff
SEIU, Local 2028

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028, <br><br> Plaintiff, <br><br> v. <br><br> RADY CHILDREN'S HOSPITAL, SAN DIEGO, and DOES 1 through 10, <br><br> Defendant. | No.   08-CV 0486 BTM (AJB) <br><br> **SEIU, LOCAL 2028'S FIRST AMENDED NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION** <br><br> *[Per Chambers:  No Oral Argument Unless Requested By the Court]* <br><br> Date:   October 3, 2008 <br> Time:   11:00 a.m. <br> Judge:  Hon. Barry T. Moskowitz <br> Courtroom:   15 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

FIRST AMENDED NOTICE OF MOTION AND
MOTION TO COMPEL ARBITRATION
Case No. 08-CV-486 BTM (AJB)

1  PLEASE TAKE NOTICE, that on October 3, 2008 at 11:00 a.m., or as soon thereafter as
2  the matter may be heard, in courtroom 15 of the above-entitled court, before the Honorable Barry
3  T. Moskowitz, Petitioner, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 2028,
4  will move, and hereby does move this court for an order granting its motion to compel arbitration.
5  In support of this motion Local 2028 relies upon this Notice of Motion and Motion; the
6  Memorandum of Points and Authorities filed herewith; the pleadings, records and any and all
7  relevant papers filed herein; the Declaration of Bruce A. Harland; and such other and further oral
8  and documentary evidence and legal memoranda as may be presented at or by the hearing on said
9  Motion.

Dated: August 8, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By: /s/ BRUCE A. HARLAND
    WILLIAM A. SOKOL
    BRUCE A. HARLAND
    Attorneys for Plaintiff
    SEIU, Local 2028

118514/502216

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

FIRST AMENDED NOTICE OF MOTION AND
MOTION TO COMPEL ARBITRATION
Case No. 08-CV-486 BTM (AJB)

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 8, 2008, I caused to be served copies of the document(s) described as:

- SEIU, LOCAL 2028'S FIRST AMENDED NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; and
- FIRST AMENDED PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING SEIU LOCAL 2028'S MOTION TO COMPEL ARBITRATION

on the following parties by electronically filing the foregoing document(s) with the Clerk of the District Court using its ECF System, which caused all registered parties to this action to be electronically served via the e-mail address(es) listed below:

| Party | E-Mail Address |
| --- | --- |
| Gary F. Overstreet | g.overstreet@mpglaw.com |

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on August 8, 2008.

*/s/ Rhonda Fortier Bourne*

118514/502216

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PROOF OF SERVICE
Case No. 08-CV-486 BTM (AJB)