```
 1  WILLIAM A. SOKOL, Bar No. 072740
    BRUCE A. HARLAND, Bar No. 230477
 2  WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
 3  1001 Marina Village Parkway, Suite 200
    Alameda, California 94501-1091
 4  Telephone 510.337.1001
    Fax 510.337.1023
 5

 6  Attorneys for Plaintiff
    SEIU, Local 2028
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, LOCAL 2028 | No. 08-CV 0486 BTM (AJB) |
| Plaintiff, | **FIRST AMENDED PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| RADY CHILDREN'S HOSPITAL, SAN DIEGO, and DOES 1 through 10, | |
| Defendant. | |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

FIRST AMENDED PROOF OF SERVICE OF [PROPOSED] ORDER
GRANTING SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION
Case No. 08-CV 0486 BTM (AJB)

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 7, 2008, I served upon the following parties in this action:

Gary F. Overstreet
Attorney at Law
Musick, Peeler & Garrett
One Wilshire Blvd.
Los Angeles, CA 90017-3383
g.overstreet@mpglaw.com

copies of the document(s) described as:

**[PROPOSED] ORDER GRANTING SEIU LOCAL 2028'S MOTION TO COMPEL ARBITRATION**

[ ]   **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[X]   **BY EMAIL** I caused to be transmitted each document listed herein via the email address(es) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on August 8, 2008.

_Rhonda Fortier-Bourne_

118514/502203

- 2 -

FIRST AMENDED PROOF OF SERVICE OF [PROPOSED] ORDER
GRANTING SEIU, LOCAL 2028'S MOTION TO COMPEL ARBITRATION
Case No. 08-CV 0486 BTM (AJB)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 8, 2008, I caused to be served copies of the document(s) described as:

- SEIU, LOCAL 2028'S FIRST AMENDED NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; and
- FIRST AMENDED PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING SEIU LOCAL 2028'S MOTION TO COMPEL ARBITRATION

on the following parties by electronically filing the foregoing document(s) with the Clerk of the District Court using its ECF System, which caused all registered parties to this action to be electronically served via the e-mail address(es) listed below:

| Party | E-Mail Address |
|---|---|
| Gary F. Overstreet | g.overstreet@mpglaw.com |

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on August 8, 2008.

_Rhonda Fortier Bourne_

118514/502216

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PROOF OF SERVICE
Case No. 08-CV-486 BTM (AJB)